E-Filed 6/24/16

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MARTHA ANGELICA ROSSI,

    Plaintiff,

    v.

GAYLE FAIRBANKS, et al.,

    Defendants.

Case No. 16-cv-02875-HRL

**INTERIM ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS**

Re: Dkt. No. 2

Plaintiff submitted an application to proceed in forma pauperis, but she neglected to date her application. The court will grant the application if Plaintiff files a signed and dated declaration which asserts that her application accurately represents her current finances; if the application no longer accurately represents her finances, then Plaintiff may instead file a second application for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: 6/23/16

    HOWARD R. LLOYD
    United States Magistrate Judge