E-filed 1/10/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ANGELICA ROSSI,<br><br>        Plaintiff,<br><br>    v.<br><br>GAYLE FAIRBANKS,<br><br>        Defendant. | Case No.  16-cv-02875-HRL<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiff in the above-entitled matter having failed to appear at the case management conference on January 10, 2017,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held on January 24, 2017, at 10:00 AM in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, CA.  If plaintiff fails to appear, the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 1/10/2017

_____
HOWARD R. LLOYD
United States Magistrate Judge